# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SONIA Y. HUDGINS**

             **V.**         **CASE NUMBER: 5:07-CV-609(FJS/GJD)**

**CHARMING SHOPPES INC.**

**[ ]**     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of defendant **CHARMING SHOPPES INC**. against plaintiff **SONIA Y. HUDGINS** dismissing this action for failure to comply with the Order of the Hon. Frederick J. Scullin, Jr., filed on June 14, 2007.

DATED:     August 14, 2007

                                                Clerk of Court

LKB:lmp